IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
VICKI VEIGA,                      )
                                  )   2:11-cv-01483-GEB-JFM
          Plaintiff,              )
                                  )
     v.                           )   ORDER TO SHOW CAUSE AND
                                  )   CONTINUING STATUS (PRETRIAL
SOLOMON DEAN ASSOCIATES, LLC;     )   SCHEDULING) CONFERENCE
and DOES 1-10, inclusive,         )
                                  )
          Defendants.             )
_____
```

        The June 2, 2011, Order Setting Status (Pretrial Scheduling) Conference scheduled a status conference in this case on October 3, 2011, and required the parties to file a joint status report no later than fourteen (14) days prior to the scheduling conference. The June 2, 2011 Order further required that a status report be filed regardless of whether a joint report could be procured. No status report was filed as ordered.

        Therefore, Plaintiff is Ordered to Show Cause ("OSC") in a writing to be filed no later than 4:00 p.m. on October 14, 2011, why sanctions should not be imposed against her and/or her counsel under Rule 16(f) of the Federal Rules of Civil Procedure for failure to file a timely status report. The written response shall also state whether

1 Plaintiff or her counsel is at fault, and whether a hearing is requested
2 on the OSC.[1] If a hearing is requested, it will be held on November 28,
3 2011, at 9:00 a.m., just prior to the status conference, which is
4 rescheduled to that date and time. A status report shall be filed no
5 later than fourteen (14) days prior to the status conference.

6 Further, a review of the docket indicates the Clerk's Office
7 entered default against Solomon Dean Associates, LLC on August 12, 2011.
8 (ECF No. 9.) Therefore, Plaintiff shall file a motion for entry of
9 default judgment before the Magistrate Judge within thirty (30) days of
10 the date on which this Order is filed. If Plaintiff fails to timely file
11 the motion, Plaintiff shall show cause in writing no later than 4:00
12 p.m. on October 31, 2011, why this action should not be dismissed for
13 failure of prosecution.

14 IT IS SO ORDERED.

Dated: September 27, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] "If the fault lies with the attorney, that is where the impact of sanction should be lodged. If the fault lies with the clients, that is where the impact of the sanction should be lodged." Matter of Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985). Sometimes the faults of attorneys, and their consequences, are visited upon clients. In re Hill, 775 F.2d 1385, 1387 (9th Cir. 1985).

2